UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR 100 (RNC) |
| VS. | : | 2005 FEB 17 A 11: 24 |
| | : | U.S. DISTRICT COURT HARTFORD, CT. |
| ROBERTO ARISTY | : | February 15, 2005 |

### MOTION FOR RETURN OF PROPERTY

Undersigned CJA-appointed counsel on behalf of the defendant ROBERTO ARISTY hereby moves for the return of defendant's Dominican Passport (#002491369-99) currently held by the Clerk's Office.

Counsel received notice from the Clerk's Office, a copy of which is attached hereto, indicating that the aforementioned property would be disposed of in the absence of the filing of the instant motion.

Defendant is currently incarcerated in the Bureau of Prisons, Brooklyn MDC, and has a projected release date of June 23, 2006. If said property is ordered released, it is my intention to turn it over to his family.

THE DEFENDANT,
ROBERTO ARISTY

By: *[signature]*
Peter J. Schaffer, Esq.
1127 High Ridge Road, #330
Stamford, CT 06905-1203
Tel. (203) 322-3031
Bar No. ct14606

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on this date to:

Stephen B. Reynolds, Esq.
U.S. Attorneys Office
915 Lafayette Boulevard
Bridgeport, CT 06604

*[signature]*
Peter J. Schaffer