UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR 100 (RNC) |
| vs. | : | |
| ROBERTO ARISTY | : | February 15, 2005 |

2005 FEB 17 A 11: 24

U.S. DISTRICT COURT
HARTFORD, CT.

### MOTION FOR RETURN OF PROPERTY

Undersigned CJA-appointed counsel on behalf of the defendant ROBERTO ARISTY hereby moves for the return of defendant's Dominican Passport (#002491369-99) currently held by the Clerk's Office.

Counsel received notice from the Clerk's Office, a copy of which is attached hereto, indicating that the aforementioned property would be disposed of in the absence of the filing of the instant motion.

Defendant is currently incarcerated in the Bureau of Prisons, Brooklyn MDC, and has a projected release date of June 23, 2006. If said property is ordered released, it is my intention to turn it over to his family.